NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRYAN D. BALDWIN,**
*Petitioner,*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2011-3061

---

Petition for review of the Merits Systems Protection Board in Case No. CH0752090843-I-1.

---

**JUDGMENT**

---

DALE L. INGRAM, Law Office of Dale L. Ingram, P.C., of Kansas City, Missouri, argued for petitioner.

L. MISHA PREHEIM, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and BRIAN M. SIMKIN, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LINN, and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


January 25, 2012            /s/ Jan Horbaly
    Date                     Jan Horbaly
                        Clerk